# United States Bankruptcy Court
## Central District Of California

In re:

Marus J Sampson II

CHAPTER NO.: 7

CASE NO.: 2:08–bk–25932

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007
# AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

**Schedule B
Schedule C
Schedule D
Schedule E
Schedule A
Schedule F
Statement – Form 22A
Schedule G
Schedule H
Schedule I
Schedule J
Stmt. of Fin. Affairs**

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007(c), <u>within 15 days after you filed the petition</u> , **YOU MUST EITHER:**

(1)    File the above–referenced documents and the proper number of copies [Local Bankruptcy Rule 1002–1]:

                        Chapter 7        1 Original and 1 Copy

**OR**

(2)    File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 15 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT**
Dated: <u>September 26, 2008</u>

**JON D. CERETTO, CLERK OF COURT**

**By: <u>Laura Quintanar</u>
    Deputy Clerk**

deforco – Revised 03/24/2008

**1 / LQ3**

# CERTIFICATE OF SERVICE

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

```
District/off: 0973-2          User: lquintana       Page 1 of 1          Date Rcvd: Sep 27, 2008
Case: 08-25932               Form ID: deforco       Total Served: 2

The following entities were served by first class mail on Sep 28, 2008.
db         +Marus J Sampson, II,   6201 S Normandie Ave,   Los Angeles, CA 90044-2725
ust        +United States Trustee (LA),   725 S Figueroa St., 26th Floor,   Los Angeles, CA 90017-5524

The following entities were served by electronic transmission.
NONE.                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2008                     Signature: _Joseph Speetjens_