| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| J. Sheldon Capeloto - CSBN 88043<br>LAW OFFICES OF J. SHELDON CAPELOTO<br>155 South El Molino Avenue, Suite 202<br>Pasadena, California 91101<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:* Wells Fargo Bank, N.A. | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re: MARCUS J. SAMPSON II<br><br><br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 2:08-bk-25932-SB<br><br>DATE:    12/16/08<br>TIME:    9:30 a.m.<br>CTRM:    1575<br>FLOOR:  15th |

## NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER 11 U.S.C. § 362 (with supporting declarations)
### (MOVANT:  WELLS FARGO BANK, N.A. _____ )
### (Real Property)

1.  NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any)("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

2.  **Hearing Location:**    ☒ **255 East Temple Street, Los Angeles**      ☐ **411 West Fourth Street, Santa Ana**
    ☐ **21041 Burbank Boulevard, Woodland Hills**      ☐ **1415 State Street, Santa Barbara**
    ☐ **3420 Twelfth Street, Riverside**

3.  a.  ☒  This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

    b.  ☐  This Motion is being heard on SHORTENED NOTICE. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence may be filed and served:

    ☐ at the hearing      ☐ at least _____ court days before the hearing.

    (1)  ☐  A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

    (2)  ☐  A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court and such motion and order have been or are being served upon the debtor and trustee, if any.

    (3)  ☐  A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4.  You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1M.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 1002-1.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised October 2005*                                                            **F 4001-1M.RP**

000001

Motion for Relief from Stay (Real Property) - *Page 2 of* 66      **F 4001-1M.RP**

| In re<br>MARCUS J. SAMPSON II | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:08-bk-25932-SB |

5.  If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: 11/17/08

LAW OFFICES OF J. SHELDON CAPELOTO
_____
*Print Law Firm Name (if applicable)*

J. Sheldon Capeloto                              /s/ J. Sheldon Capeloto
_____    _____
*Print Name of Individual Movant or Attorney for Movant*    *Signature of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised October 2005*                                                        **F 4001-1M.RP**

000002

Motion for Relief from Stay (Real Property) - *Page 3 of* 66___          **F 4001-1M.RP**

| In re<br>MARCUS J. SAMPSON II | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:08-bk-25932-SB |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## (MOVANT:  WELLS FARGO BANK, N.A._____ )

1.  **The Property at Issue:** Movant moves for relief from the automatic stay with respect to following real property (the "Property"):

    *Street Address:* 1408 West 62nd Street
    *Apartment/Suite No.:*
    *City, State, Zip Code:* Los Angeles, CA 90047

    Legal description or document recording number (including county of recording):

    ☒ See attached continuation page.

2.  **Case History:**

    a.  ☒ A voluntary ☐ An involuntary   petition under Chapter   ☒ 7  ☐ 11  ☐ 12  ☐ 13
        was filed on *(specify date):* 9/26/08

    b.  ☐ An Order of Conversion to Chapter   ☐ 7  ☐ 11  ☐ 12  ☐ 13
        was entered on *(specify date):*

    c.  ☐ Plan was confirmed on *(specify date):*

    d.  ☒ Other bankruptcy cases affecting this Property have been pending within the past two years.  See attached Declaration.

3.  **Grounds for Relief from Stay:**

    a.  ☒ Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant the requested relief from stay as follows:

        (1) ☐ Movant's interest in the Property is not adequately protected.

            (a) ☐ Movant's interest in the collateral is not protected by an adequate equity cushion.

            (b) ☐ The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

            (c) ☐ No proof of insurance re Movant's collateral has been provided to Movant, despite borrower(s)'s obligation to insure the collateral under the terms of Movant's contract with Debtor(s).

            (d) ☐ Payments have not been made as required by an Adequate Protection Order previously granted in this case.

        (2) ☐ The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.

            (a) ☐ Movant is the only creditor or one of very few creditors listed on the master mailing matrix.

            (b) ☐ Non-individual entity was created just prior to bankruptcy filing for the sole purpose of filing bankruptcy.

            (c) ☐ The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents.  No other Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) have been filed.

            (d) ☐ Other (See attached continuation page).

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised October 2005*                                                        **F 4001-1M.RP**

000003

Motion for Relief from Stay (Real Property) - *Page 4 of 66*     **F 4001-1M.RP**

| In re<br>MARCUS J. SAMPSON II | (SHORT TITLE) | Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:08-bk-25932-SB |
| --- | --- | --- | --- |

    (3) ☐ *(Chapter 12 or 13 cases only)*

        (a) ☐ Postconfirmation plan payments have not been made to the Standing Trustee.

        (b) ☐ Postconfirmation payments required by the confirmed plan have not been made to Movant.

    (4) ☒ For other cause for relief from stay, see attached continuation page.

b. ☒ Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

c. ☐ Pursuant to 11 U.S.C. § 362(d)(3), Debtor(s) has/have failed within the later of 90 days after the petition or 30 days after the court determined that the Property qualifies as single asset real estate to file a reasonable plan of reorganization or to commence monthly payments.

d. ☐ Pursuant to 11 U.S.C. § 362(d)(4), Debtor's(s) filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved:

    (1) ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval; or

    (2) ☐ Multiple bankruptcy filings affecting the Property.

4. ☐ Movant also seeks annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).

5. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*

    a. ☒ Movant submits the attached Declaration(s) on the Court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.

    b. ☒ Other Declaration(s) are also attached in support of this Motion.

    c. ☒ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims and the Property set forth in Debtor(s)'s Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit 8_____.

    d. ☐ Other evidence *(specify)*:

6. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following *(specify forms of relief requested)*:**

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. ☐ Annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).

3. ☒ Additional provisions requested:

    a. ☐ That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    b. ☒ That the 10-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

    c. ☐ That Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER)*.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Motion for Relief from Stay (Real Property) - *Page 5 of* 66 **F 4001-1M.RP**

| In re<br>MARCUS J. SAMPSON II | {SHORT TITLE} | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:08-bk-25932-SB |

      d. ☐ For other relief requested, see attached continuation page.

4. If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.

Dated: 11/17/08

Respectfully submitted,

WELLS FARGO BANK, N.A.
*Movant Name*

LAW OFFICES OF J. SHELDON CAPELOTO
*Firm Name of Attorney for Movant (if applicable)*

By: _____ /s/ J. Sheldon Capeloto _____
*Signature*

Name: J. Sheldon Capeloto
*Typed Name of Individual Movant or Attorney for Movant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised October 2005*

**F 4001-1M.RP**

**F 4001-1M.RP**

| In re<br>MARCUS J. SAMPSON II | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:08-bk-25932-SB |

## REAL PROPERTY DECLARATION
### (MOVANT: WELLS FARGO BANK, N.A.                )

I, Patrick M. St Amand                                        , declare as follows:
*(Print Name of Declarant)*

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the real property that is the subject of this Motion ("Property") because *(specify)*:

   ☐ I am the Movant and owner of the Property.

   ☐ I manage the Property as the authorized agent for the Movant.

   ☒ I am employed by Movant as *(state title and capacity)*: Loan Adjustor

   ☐ Other *(specify)*:

2. I am one of the custodians of the books, records and files of Movant that pertain to loans and extensions of credit given to Debtor(s) concerning the Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3. a. The address of the Property that is the subject of this Motion is:

   *Street Address:* 1408 West 62nd Street
   *Apartment/Suite No.:*
   *City, State, Zip Code:* Los Angeles, CA 90047

   b. The legal description or document recording number (including county of recording) set forth in Movant's Deed of Trust is attached as Exhibit 3          .

   ☐ See attached page.

4. Type of property *(check all applicable boxes)*:
   a. ☐ Debtor's(s') principal residence   b. ☐ Other single family residence
   c. ☐ Multi-unit residential              d. ☐ Commercial
   e. ☐ Industrial                           f. ☐ Vacant land
   g. ☒ Other *(specify)*:
      Commercial/Residential (non-owner occupied)

*(Continued on next page)*

*Revised October 2005*

**F 4001-1M.RP**

000006

Motion for Relief from Stay (Real Property) - *Page 7 of 66*        **F 4001-1M.RP**

| In re          (SHORT TITLE)                | CHAPTER: 7 |
| MARCUS J. SAMPSON II                 Debtor(s). | CASE NO.: 2:08-bk-25932-SB |

5. Nature of Debtor's(s') interest in the Property:

   a. ☐ Sole owner
   b. ☐ Co-owner(s) *(specify)*:
   c. ☐ Lien holder *(specify)*:
   d. ☒ Other *(specify)*:  Debtor has no interest in the subject property.
   e. ☒ Debtor(s) ☒ did ☐ did not list the Property in the Schedules filed in this case.
   f. ☐ Debtor(s) acquired the interest in the Property by ☐ grant deed ☐ quitclaim deed ☐ trust deed

      The deed was recorded on:

6. Amount of Movant's claim with respect to the Property:

| | | PREPETITION | POSTPETITION | TOTAL |
|---|---|---|---|---|
| a. | Principal: | $ 176,663.29 | $ 176,663.29 | $ 176,663.29 |
| b. | Accrued Interest: | $ 4,462.62 | $ 1,170.68 | $ 5,633.30 |
| c. | Late Charges | $ 395.89 | $ 113.04 | $ 508.93 |
| d. | Costs (Attorney's Fees, Other Costs): | $ 1,200.00 | $ 0.00 | $ 1,200.00 |
| e. | Advances (Property Taxes, Insurance): | $ | $ | $ |
| f. | | | | |
| g. | TOTAL CLAIM as of 11/10/08 : | $ 182,721.80 | $ | $ 184,005.52 |

   h. ☐ Loan is all due and payable because it matured on *(specify date)*:

7. Movant holds a ☒ deed of trust ☐ judgment lien ☐ other *(specify)*
   that encumbers the Property.

   a. A true and correct copy of the document as recorded is attached as Exhibit 3
   b. A true and correct copy of the promissory note or other document that evidences the Movant's claim is attached as Exhibit 4
   c. ☐ A true and correct copy of the assignment(s) transferring the beneficial interest under the note and deed of trust to Movant is attached as Exhibit _____.

8. Status of Movant's claim relating to the Property *(fill in all applicable information requested below)*:

   a. Current interest rate: 5.68%
   b. Contractual maturity date: 1/15/17
   c. Amount of current monthly payment: $ 1,130.54
   d. Number of PREPETITION payments that have come due and were not made: 5 . Total amount: $ 5,652.70
   e. Number of POSTPETITION payments that have come due and were not made: 1 . Total amount: $ 1,130.54
   f. Date of POSTPETITION default: 10/15/08
   g. Last payment received on the following date: 5/21/08
   h. Notice of default recorded on the following date:
   i. Notice of sale recorded on the following date:
   j. Foreclosure sale originally scheduled for the following date:
   k. Foreclosure sale currently scheduled for the following date:
   l. Foreclosure sale already held on the following date:
   m. Trustee's deed on sale already recorded on the following date:
   n. Future payments due by time of anticipated hearing date *(if applicable)*:
      An additional payment of $_____ will come due on _____, and on the _____ day of
      each month thereafter. If the payment is not received by the _____ day of the month, a late charge of $_____ will
      be charged to the loan.

9. Attached hereto as Exhibit 5 is a true and correct copy of a POSTPETITION statement of account that accurately reflects the dates and amounts of all charges assessed to and payments made by the Debtor(s) since the petition date.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised October 2005*                                      **F 4001-1M.RP**

000007

Motion for Relief from Stay (Real Property) - *Page 8 of* 66___   **F 4001-1M.RP**

| In re<br>MARCUS J. SAMPSON II | (SHORT TITLE)<br><br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 2:08-bk-25932-SB |
|---|---|---|

10. ☒ *(Chapter 7 and 11 cases only):* The fair market value of the entire Property is $ 550,000.00_____ , established by:

   a. ☐ Appraiser's declaration with appraisal attached herewith as Exhibit _____.

   b. ☐ A real estate broker or other expert's declaration regarding value attached as Exhibit _____.

   c. ☒ A true and correct copy of relevant portion(s) of Debtor's(s') Schedules attached as Exhibit 6_____.

   d. ☐ Other *(specify)*:

11. ☐ The fair market value of the Property is declining based on/due to: _____

12. ☒ Calculation of equity in Property:

   a. Based upon ☒ preliminary title report   ☒ Debtor's(s') admissions in the schedules filed in this case, the Property is subject to the following deed(s) of trust or lien(s) in the amounts specified securing the debt against the Property:

| | **Name of Holder** | **Amount as Scheduled<br>by Debtor(s) (if any)** | **Amount Known to<br>Declarant and Source** |
|---|---|---|---|
| 1st Deed of Trust: | Wells Fargo Bank, N.A. | $142,500.00 | $72,420.96 |
| 2nd Deed of Trust: | Wells Fargo Bank, N.A. | $177,300.00 | $184,005.52 |
| 3rd Deed of Trust: | | | |
| Judgment Liens: | | | |
| Taxes: | L.A. County | | $786.90 |
| Other: | | | |
| **TOTAL DEBT:  $ 254,763.61** | | | |

   b. Evidence establishing the existence of the above deed(s) of trust and lien(s) is attached as Exhibit 7_____ , and consists of:

     ☒ Preliminary title report

     ☐ Relevant portions of Debtor's(s') Schedules as filed in this case

     ☐ Other *(specify)*:

   c. Subtracting the deed(s) of trust and other lien(s) set forth above from the value of the Property as set forth in Paragraph 10 above, the Debtor's(s') equity in the Property is $ 0.00_____ (§ 362(d)(2)(A)).

   d. The value of the "equity cushion" in the Property exceeding Movant's debt and any lien(s) senior to Movant is $ 0.00_____ (§ 362(d)(1)).

   e. Estimated costs of sale: $_____   (Estimate based upon _____% of estimated gross sales price)

13. ☐ *(Chapter 12 and 13 cases only)* Chapter 12 or 13 case status information:

   a. 341(a) Meeting currently scheduled for (or concluded on) the following date:<br>Confirmation hearing currently scheduled for (or concluded on) the following date:<br>Plan confirmed on the following date *(if applicable)*:

   b. Postpetition/preconfirmation payments due BUT REMAINING UNPAID since the filing of the case:

| | | | | | |
|---|---|---|---|---|---|
| *(Number of)* _____ | payment(s) due at $_____ | each | = | $_____ |
| *(Number of)* _____ | payment(s) due at $_____ | each | = | $_____ |
| *(Number of)* _____ | late charge(s) at $_____ | each | = | $_____ |
| *(Number of)* _____ | late charge(s) at $_____ | each | = | $_____ |

*(Continued on next page)*

*Revised October 2005*

**F 4001-1M.RP**

000008

Motion for Relief from Stay (Real Property) - *Page 9 of 66*    **F 4001-1M.RP**

| In re<br>MARCUS J. SAMPSON II | (SHORT TITLE) | | CHAPTER:  7 |
|---|---|---|---|
| | | Debtor(s). | CASE NO.:  2:08-bk-25932-SB |

c.   Postpetition/preconfirmation advances or other charges due but unpaid:                    $_____
(See attachment for details of type and amount.)

**TOTAL POSTPETITION/PRECONFIRMATION DELINQUENCY:**   $_____

d.   Postconfirmation payments due BUT REMAINING UNPAID since plan confirmation *(if applicable)*:

*(Number of)* _____ payment(s) due at $_____ each   =   $_____
*(Number of)* _____ payment(s) due at $_____ each   =   $_____
*(Number of)* _____ late charge(s) at  $_____ each   =   $_____
*(Number of)* _____ late charge(s) at  $_____ each   =   $_____

e.   Postconfirmation advances or other charges due but unpaid:                                  $_____
(See attachment for details of type and amount.)

**TOTAL POSTCONFIRMATION DELINQUENCY:**                        $_____

f.   ☐  The claim is provided for in the Chapter 12 or 13 Plan.  Plan payment history is attached as Exhibit _____.

g.   ☐  See attached Declaration(s) of Chapter 12 or 13 Trustee regarding receipt of payments under the plan *(attach Court Form F 4001-1M.13)*.

14. ☐  Movant has not been provided with evidence that the Property is currently insured, as required under the terms of the loan.

15. ☐  The court determined that the Property qualifies as single asset real estate on _____.  More than 90 days have passed since the filing of the petition, more than 30 days have passed since the court determined that the Property qualifies as single asset real estate, the Debtor(s) has/have not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time  or the Debtor(s) has/have not commenced monthly payments to Movant as required by 11 U.S.C. § 362(d)(3).

16. ☐  See attached continuation page for facts establishing that the bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.

17. ☐  The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved:

a.   ☐  The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval.  See attached continuation page for facts establishing the scheme.

b.   ☐  Multiple bankruptcy filings affecting the Property.  The multiple bankruptcy filings include the following cases:
1.   Case Name:
Case Number:                          Chapter:
Date Filed:                           Date Dismissed:                  Date Discharged:
Relief from stay re this property     ☐ was   ☐ was not  granted.
2.   Case Name:
Case Number:                          Chapter:
Date Filed:                           Date Dismissed:                  Date Discharged:
Relief from stay re this property     ☐ was   ☐ was not  granted.
3.   ☐ See attached continuation page for more information about other bankruptcy cases affecting the Property.

☐ See attached continuation page for facts establishing that the multiple bankruptcy cases were part of a scheme to delay, hinder, and defraud creditors.

*Revised October 2005*

**F 4001-1M.RP**

Motion for Relief from Stay (Real Property) - *Page 10 of* __66__     **F 4001-1M.RP**

| In re                          (SHORT TITLE) | CHAPTER: 7 |
|---|---|
| MARCUS J. SAMPSON II                     Debtor(s). | CASE NO : 2:08-bk-25932-SB |

18. ☐ Movant seeks annulment of the automatic stay so that the filing of the bankruptcy petition does not affect any and all of the enforcement actions set forth in paragraph 8 above that were taken after the filing of the bankruptcy petition in this case

   a   ☐ These actions were taken by Movant without knowledge of the bankruptcy filing, and Movant would have been entitled to relief from stay to proceed with these actions

   b.   ☐ Although Movant knew about the bankruptcy filing, Movant had previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting this Property as set forth in paragraph 17(b) above.

   c.   ☐ For other facts justifying annulment, see attached continuation page.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on** November __18__ , 2008 , at Mesa, Arizona _____ *(city, state).*

Patrick M. St Amand _____        _____
*Print Declarant's Name*                                      *Signature of Declarant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

*Revised October 2005*                                    **F 4001-1M.RP**

000010

Motion for Relief from Stay (Real Property) - *Page 11 of* 66    **F 4001-1M.RP**

| In re<br>MARCUS J. SAMPSON II | (SHORT TITLE) | CHAPTER: | 7 |
|---|---|---|---|
| | Debtor(s). | CASE NO.: | 2:08-bk-25932-SB |

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

1.    I am over the age of 18 and not a party to the within action.  My business address is as follows:

155 S. El Molino Avenue, Suite 202, Pasadena, CA 91101

2.    **Regular Mail Service:** On 11/18/08 _____, pursuant to Local Bankruptcy Rule 9013-1, I served the documents described as: NOTICE OF MOTION and MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (with supporting declarations) on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _____, California, addressed as set forth on the attached list.

> ***NOTE:*** *If the Notice and Motion have been served pursuant to an Order Shortening Time ("Order"), you must file a Proof of Service that indicates that the notice and service requirements contained in the Order have been met.*

3.    **See attached list for names and addresses of all parties and counsel that have been served.**  *(In the manner set forth in Local Bankruptcy Rule 7004-1(b), specify capacity in which service is made; e.g., Debtor(s), Debtor's(s') Attorney, Trustee, Trustee's Attorney, Creditors Committee, or 20 largest unsecured creditors, etc.)*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  11/18/08

Shella Grace Andal _____
*Typed Name*

_____
*Signature*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised October 2005*        **F 4001-1M.RP**

000011

Service List:

Debtor (Pro Se)
Marcus J. Sampson, II
6201 S. Normandie Avenue
Los Angeles, California 90044

Chapter 7 Trustee
John R. Pringle
ROQUEMORE, PRINGLE & MOORE, INC.
6055 East Washington Blvd., Suite 500
Los Angeles, California 90040

U.S. Trustee
United States Trustee (LA)
725 S. Figueroa St., 26 Floor
Los Angeles, California 90017

Wells Fargo Bank, National Association
Marc Andrews
OFFICE OF THE GENERAL COUNSEL
WELLS FARGO BANK & COMPANY
21680 Gateway Center Drive, Suite 280
Diamond Bar, California 91765-2435

Continuation Page

## Description of Property

LOT 117 AND 118 OF TRACT NO. 5687, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 61 PAGE 24 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Assessor's Parcel No. 6002-026-025

LAW OFFICES OF J. SHELDON CAPELOTO
155 S. El Molino Avenue, Suite 202,
Pasadena, California 91101
(626) 793-7788

CONTINUATION PAGE TO MOTION FOR RELIEF FROM STAY

1

Supplemental Declaration

## SUPPLEMENTAL DECLARATION OF PATRICK M. ST AMAND – Paragraph 2.d.

I, Patrick M. St Amand, declare as follows:

1. I am a loan adjustor for Wells Fargo Bank, National Association, and am authorized to make this declaration on Wells Fargo's behalf. I am one of the authorized custodians of records for Wells Fargo, and I am submitting this declaration in support of the Motions for Relief From the Automatic Stay Under 11 U.S.C. §362 filed by Wells Fargo. The facts set forth below are based upon my own personal knowledge or upon my knowledge of the books, records and files maintained by Wells Fargo in the ordinary course of business. I am competent to testify to the facts set forth in this declaration and if called as a witness could and would testify thereto.

2. In my capacity as a loan adjustor and an authorized custodian of records of Wells Fargo, I am familiar with the manner in which Wells Fargo's books, files and records are prepared and maintained. Said books, files and records are prepared and maintained in the ordinary course of Wells Fargo's business of extending credit to its customers by duly authorized employees of Wells Fargo at or near the time of the events they depict. The files, books and records of Wells Fargo are prepared in this manner so that they may be relied upon by any person viewing them. Wells Fargo's general policy for maintaining loan records is to keep copies or images of all original documents bearing signatures, as well as all applications from borrowers, and any verification and due diligence conducted by Wells Fargo in its review of loan applications. Unless otherwise indicated, the documents that are attached as exhibits to this declaration were all provided to Wells Fargo by its customer or other parties to the transaction, or were compiled by Wells Fargo in its loan review process or in computing balances due on loan.

3. Wells Fargo's counsel is a registered subscriber to the Court's Public Access to Court Electronic Records ("PACER") service that allows users to obtain case and docket information from Federal Appellate, District and Bankruptcy courts, and the U.S. Party/Case Index via the Internet. The books and records of Wells Fargo contain copies of the following documents retrieved by its counsel from the PACER system:

LAW OFFICES OF J. SHELDON CAPELOUTO
155 S. El Molino Avenue, Suite 202
Pasadena, California 91101
(626) 793-7788

SUPPLEMENTAL DECLARATION OF PATRICK M. ST AMAND

000014

Supplemental Declaration

(a) The Court's PACER docket reflecting the filing of a voluntary petition for relief under Chapter 13 with the U.S. Bankruptcy Court for the Central District of California, Case No. 2:08-bk-19486-AA, on behalf of Marus J. Sampson, II on June 30, 2008 (Exhibit "1");

(b) An Order dismissing Case No. 2:08-bk-19486-AA entered August 22, 2008 (Exhibit "2");

4. The Deed of Trust and Business Lending Confirmation Letter between Wells Fargo and Superior Improvement Systems, Inc., more particularly described in my declaration filed concurrently herewith and true and exact copies of which are attached thereto as Exhibits "3" and "4" respectively, originated with Wells Fargo and have been retained by Wells Fargo ever since. The loan has not been transferred to any third party. Wells Fargo is the holder of said Business Confirmation Letter and Deed of Trust.

Executed at Mesa, Arizona, on November 18, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Patrick M. St Amand, Declarant

LAW OFFICES OF J. SHELTON CAPELOTO
155 S. El Molino Avenue, Suite 202
Pasadena, California 91101
(626) 793-4789

SUPPLEMENTAL DECLARATION OF PATRICK M. ST AMAND

000015

Continuation Page

## Continuation Page. Paragraph 3.a.(4)

The Debtor is an officer of Superior Improvement Systems, Inc ("SISI"), the borrower under the terms of the Wells Fargo note and deed of trust. SISI is fee title holder to the real property that serves as collateral for the loan. That fact is established by the Preliminary title report attached as Exhibit "7" to the declaration of Patrick M. St Amand attached hereto. The Debtor has no interest in the subject real property and the property is of no value to the Debtor's estate.

LAW OFFICES OF J. SHELDON CAPELOTO
155 S. El Molino Avenue, Suite 202
Pasadena, California 91101
(626) 793-7700

CONTINUATION PAGE TO MOTION FOR RELIEF FROM STAY

1

000016

EXHIBIT 1

Case 2:08-bk-25932-SB   Doc 19   Filed 11/18/08   Entered 11/18/08 16:40:13   Desc
Main Document      Page 18 of 22

DISMISSED

# U.S. Bankruptcy Court
## Central District Of California (Los Angeles)
### Bankruptcy Petition #: 2:08-bk-19486-AA

*Assigned to:* Alan M. Ahart                              *Date Filed:* 06/30/2008
Chapter 13                                                *Date Dismissed:* 08/22/2008
Voluntary
Asset

*Debtor*                                          represented by **Marus J Sampson, II**
**Marus J Sampson, II**                                        PRO SE
6201 S Normandie Ave
Los Angeles, CA 90044
SSN: xxx-xx-6899
*dba*
**Superior Improvement Systems Inc**

*Trustee*
**Kathy A Dockery**
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017
(213) 996-4400

*U.S. Trustee*
**United States Trustee (LA)**
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

| Filing Date | # | Docket Text |
|---|---|---|
| 06/30/2008 | 1 | Chapter 13 Voluntary Petition . Receipt Number o, Fee Amount $274 Filed by Marus J Sampson II Section 316 Incomplete Filings due by 8/14/2008. Schedule A due 7/15/2008. Schedule B due 7/15/2008. Schedule C due 7/15/2008. Schedule D due 7/15/2008. Schedule E due 7/15/2008. Schedule F due 7/15/2008. Schedule G due 7/15/2008. Schedule H due 7/15/2008. Schedule I due 7/15/2008. Schedule J due 7/15/2008. Statement of Financial Affairs due 7/15/2008. Chapter 13 Plan due by 7/15/2008. Statement - Form 22C Due: 7/15/2008.Statement of Related Case due 7/15/2008. Notice of available chapter due 7/15/2008. Statements of Declaration of intention due 7/15/2008. Verification of Creditor matrix due 7/15/2008. Summary of schedules due 7/15/2008. Declaration concerning debtors schedules due 7/15/2008. Cert. of Credit Counseling due by 7/15/2008. Statistical Summary due 7/15/2008. Exhibit D due 7/15/2008. Debtor Certification of Employment |

000017

CM/ECF - U.S. Bankruptcy Court (v3.1 - LIVE) - Docket Report.                    Page 2 of 5

Case 2:08-bk-25932-SB    Doc 19    Filed 11/18/08    Entered 11/18/08 16:40:13    Desc
Main Document        Page 19 of 22

| | | |
|---|---|---|
| | | (Kaaumoana, William) (Entered: 06/30/2008) |
| 06/30/2008 | 2 | Meeting of Creditors with 341(a) meeting to be held on 08/13/2008 at 09:00 AM at RM 103, 725 S Figueroa St, Los Angeles, CA 90017. Confirmation hearing to be held on 08/28/2008 at 09:30 AM at Crtrm 1375, 255 E Temple St., Los Angeles, CA 90012. Proof of Claim due by 11/12/2008. (Kaaumoana, William) (Entered: 06/30/2008) |
| 06/30/2008 | | Receipt of Chapter 13 Filing Fee - $274.00 by WK. Receipt Number 20041467. (admin) (Entered: 07/01/2008) |
| 07/02/2008 | 3 | BNC Certificate of Service (RE: related document(s)2, Meeting (AutoAssign Chapter 13)) No. of Notices: 31. Service Date 07/02/2008. (Admin.) (Entered: 07/02/2008) |
| 07/02/2008 | 4 | BNC Certificate of Service (RE: related document(s)1, Voluntary Petition (Chapter 13) filed by Debtor Marus J Sampson) No. of Notices: 2. Service Date 07/02/2008. (Admin.) (Entered: 07/02/2008) |
| 07/02/2008 | 5 | BNC Certificate of Service (RE: related document(s)1, Voluntary Petition (Chapter 13) filed by Debtor Marus J Sampson) No. of Notices: 2. Service Date 07/02/2008. (Admin.) (Entered: 07/02/2008) |
| 07/10/2008 | 6 | Request for special notice Filed by Creditor Wells Fargo Home Mortgage, Inc., as servicing agent for Wells Fargo Bank, N.A., its successors and/or assigns. (Paino, Brian) (Entered: 07/10/2008) |
| 07/10/2008 | 7 | Proof of service *of Proof of Claim #1 and Reuqest for Special Notice* Filed by Creditor Wells Fargo Home Mortgage, Inc., as servicing agent for Wells Fargo Bank, N.A., its successors and/or assigns (RE: related document(s)6, Request for special notice). (Paino, Brian) (Entered: 07/10/2008) |
| 07/16/2008 | 8 | Summary of Schedules , Statistical Summary of Certain Liabilities, Statement of related cases , Notice of available chapters , Schedule A , Schedule B , Schedule C , Schedule D , Schedule E , Schedule F , Schedule G , Schedule H , Schedule I , Schedule J , Declaration concerning debtor's schedules , Statement of Financial Affairs , Disclosure of Compensation of Attorney for Debtor , Statement of assistance of non-attorney , Disclosure of compensation of bankruptcy petition preparer , Declaration and Signature of Non-attorney Bankruptcy Petition Preparer, Form B 19, Debtor's Certification of Employment Income , Chapter 13 Statement of Current Monthly and Disposable Income , Verification of creditor matrix , List of creditors holding 20 largest unsecured claims Filed by Debtor Marus J Sampson II (RE: related document(s)1, Voluntary Petition (Chapter 13)). (Fentroy, Rita) (Entered: 07/17/2008) |

000018

| | | |
|---|---|---|
| | | Sampson II (RE: related document(s)1 , Voluntary Petition (Chapter 13)). (Fentroy, Rita) (Entered: 07/17/2008) |
| 07/16/2008 | 10 | Chapter 13 Plan Filed by Debtor Marus J Sampson II (RE: related document(s)1 Chapter 13 Voluntary Petition . Receipt Number 6, Fee Amount $274 Filed by Marus J Sampson II Section 316 Incomplete Filings due by 8/14/2008. Schedule A due 7/15/2008. Schedule B due 7/15/2008. Schedule C due 7/15/2008. Schedule D due 7/15/2008. Schedule E due 7/15/2008. Schedule F due 7/15/2008. Schedule G due 7/15/2008. Schedule H due 7/15/2008. Schedule I due 7/15/2008. Schedule J due 7/15/2008. Statement of Financial Affairs due 7/15/2008. Chapter 13 Plan due by 7/15/2008. Statement - Form 22C Due: 7/15/2008. Statement of Related Case due 7/15/2008. Notice of available chapters due 7/15/2008. Statement of assistance of non-attorney due 7/15/2008. Verification of creditor matrix due 7/15/2008. Summary of schedules due 7/15/2008. Declaration concerning debtors schedules due 7/15/2008. Cert. of Credit Counseling due by 7/15/2008. Statistical Summary due 7/15/2008. Exhibit D due 7/15/2008. Debtor Certification of Employment Income due by 7/15/2008. Incomplete Filings due by 7/15/2008. (Kaaumoana, William)). (Fentroy, Rita) (Entered: 07/17/2008) |
| 07/21/2008 | 11 | Request for special notice Filed by Creditor Washington Mutual Bank. (Lozano, Joe) CORRECTION: Incorrect Party, Re:Request for Special Notice. Attorney has been notified by e mail. Modified on 7/24/2008 (Moulton, Sheila). (Entered: 07/21/2008) |
| 07/30/2008 | 12 | Notice of Appearance and Request for Notice by Marc Andrews Filed by Creditor Wells Fargo Bank, National Association. (Andrews, Marc) (Entered: 07/30/2008) |
| 08/04/2008 | 13 | Request for special notice Filed by Creditor Wells Fargo Home Mortgage, Inc.. (Paino, Brian) (Entered: 08/04/2008) |
| 08/14/2008 | 14 | Motion to Modify Plan Filed by Debtor Marus J Sampson II (Gooch, Yvonne) (Entered: 08/15/2008) |
| 08/18/2008 | 15 | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 4041- 4043 1/2 West 21st Street, Los Angeles, California 90018 *With Proof of Service*. Fee Amount $150, Filed by Creditor Wells Fargo Home Mortgage, Inc.. as servicing agent for Wells Fargo Bank, N.A. its successors and/or assigns (Attachments: # 1 Legal Description # 2 Exhibit A-1 - D) (Paino, Brian) (Entered: 08/18/2008) |
| 08/18/2008 | | Receipt of Motion for Relief from Stay - Real Property(2:08-bk-19486-AA) [motion.nmrp] ( 150.00) Filing Fee. Receipt number |

000019

| | | |
|---|---|---|
| | | 5680743, Fee amount 150.00, (U.S. Treasury) (Entered: 08/19/2008) |
| 08/19/2008 | | Hearing Set (RE: related document(s)15 , Motion for Relief from Stay - Real Property filed by Creditor Wells Fargo Home Mortgage, Inc., as servicing agent for Wells Fargo Bank, N.A., its successors and/or assigns) Hearing to be held on 9/17/2008 at 11:00 AM Crtrm 1375, 255 E Temple St., Los Angeles, CA 90012 for 15. (Smith, Cynthia Joyce) (Entered: 08/19/2008) |
| 08/20/2008 | 16 | Notice of motion and motion for relief from the automatic stay with supporting declarations REAL PROPERTY RE: 1414 W 54th St, Los Angeles, California 90062 *with proof of service*. Fee Amount $150. Filed by Creditor Wells Fargo Home Mortgage, Inc., as servicing agent for Wells Fargo Bank, N.A., its successors and/or assigns (Attachments: # 1 Legal Description# 2 Exhibit A - B) (Paino, Brian) (Entered: 08/20/2008) |
| 08/20/2008 | | Receipt of Motion for Relief from Stay - Real Property(2:08-bk-19486-AA) [motion,nmrp] ( 150.00) Filing Fee. Receipt number 5681123. Fee amount 150.00. (U.S. Treasury) (Entered: 08/20/2008) |
| 08/21/2008 | | Hearing Set (RE: related document(s)16 , Motion for Relief from Stay - Real Property filed by Creditor Wells Fargo Home Mortgage, Inc., as servicing agent for Wells Fargo Bank, N.A., its successors and/or assigns) Hearing to be held on 9/17/2008 at 11:00 AM Crtrm 1375, 255 E Temple St., Los Angeles, CA 90012 for 16. (Gooch, Yvonne) (Entered: 08/21/2008) |
| 08/22/2008 | 17 | ORDER dismissing chapter 13 case for failure to make required payments to make all required preconfirmation payments pursuant to 11 U.S.C. section 1307(c)(4) Signed on 8/22/2008. (Peters, Sandra) (Entered: 08/22/2008) |
| 08/27/2008 | 18 | Chapter 13 Trustee's Final Report and Account . (Dockery, Kathy) (Entered: 08/27/2008) |
| 09/03/2008 | 19 | ORDER discharging chapter 13 panel trustee and exonerate bond liability Signed on 9/3/2008. (Gooch, Yvonne) (Entered: 09/03/2008) |
| 09/17/2008 | 20 | Notice of dismissal (BNC) (Gooch, Yvonne) (Entered: 09/17/2008) |
| 09/19/2008 | 21 | BNC Certificate of Service (RE: related document(s)20 , Notice of dismissal (Service List) (Service Date 09/19/2008) (Admin.) (Entered: 09/19/2008) |
| 09/22/2008 | 22 | Order Denying Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)[Wells Fargo Home Mortgage - 1414 W |

000020

|            |    | 54th St) (Related Doc # 15) Signed on 9/22/2008. (Vandensteen, Nancy) (Entered: 09/23/2008) |
|------------|----|---|
| 09/22/2008 | 23 | Order Denying Motion for relief from the automatic stay REAL PROPERTY (BNC-PDF)( Wells Fargo Home Mortgage - 4041-4043 1/2 W 21st St) (Related Doc # 15) Signed on 9/22/2008. (Vandensteen, Nancy) (Entered: 09/23/2008) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/14/2008 16:26:02 | | |
| PACER Login: | mc0077 | Client Code: |
| Description: | Docket Report | Search Criteria: | 2:08-bk-19486-AA Fil or Ent: filed From: 8/15/2007 To: 11/14/2008 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 3 | Cost: | 0.24 |

000021