HELEN RYAN FRAZER         State Bar No. 92627
ATKINSON, ANDELSON, LOYA, RUUD & ROMO
17871 Park Plaza Drive
Cerritos, California 90703-8597
(562) 653-3200 - (714) 826-5480
FAX (562) 653-3333

Proposed Attorneys for John P. Pringle
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MARCUS J. SAMPSON<br><br><br>           Debtor. | CASE NO. 2:08-bk-25932 SB<br>CHAPTER 7<br><br>**APPLICATION BY TRUSTEE TO EMPLOY COUNSEL; DECLARATION OF HELEN RYAN FRAZER**<br><br>[NO HEARING REQUIRED] |

**TO THE HONORABLE SAMUEL BUFFORD, UNITED STATES BANKRUPTCY JUDGE:**

The Application of John Pringle, the duly appointed Chapter 7 Trustee ("Applicant"), for Eunice Russell respectfully represents as follows:

1. The debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on or about September 26, 2008.

2. The Chapter 7 Trustee assigned to the case is John P. Pringle.

3. Applicant seeks authorization from the Court to employ Atkinson, Andelson, Loya, Ruud & Romo, a professional corporation (the "Firm") under 11 U.S.C. §327(d) as general insolvency counsel to represent him in this Chapter 7 case pursuant to Rule 2014(b) of the Federal Rules of Bankruptcy Procedure.

4. The Firm includes attorneys who specialize in insolvency, reorganization, and general business law, and as such is well qualified to represent Applicant in the within proceeding. All attorneys of the Firm are duly admitted to practice in the courts of the State of California, and in the United States Bankruptcy Court for the Central District of California.

5. Applicant requires legal counsel to render the following types of professional services:

    a) To advise Applicant concerning the rights and remedies of the Estate and in regards to the priority and general claims of creditors;

    b) To represent Applicant in any proceeding or hearing, including without limitation, objections to claims, in the Bankruptcy Court, and in any action where the rights of the Estate or the Trustee may be litigated or affected; and

Specifically, Applicant requires counsel to represent the Trustee in investigating and litigating the Debtor's claim of ownership in certain parcels of real property. An adversary proceeding has been filed by Grover Burnett contesting the Debtor's ownership of the real property listed in the petition as estate assets and the Trustee requires representation in connection with that litigation.

6. To the best of Applicant's knowledge, and based upon the Declaration of Helen Frazer, filed concurrently herewith, neither the Firm nor any of the attorneys employed by the Firm have any connection with the Debtor, the creditors or any other party-in-interest in this case, or their respective attorneys.

7. Said Firm has agreed to and will be employed on a general retainer with compensation to be paid to said counsel only upon application to an approval by the bankruptcy court after notice and hearing. Attached hereto as Exhibit "1" and incorporated herein by this reference is a schedule of the current hourly billing rates for the attorneys and paralegal of said firm.

8. The Firm will apply to the Court for approval of compensation in accordance with the provisions of 11 U.S.C. §331 and agrees to accept as compensation such sums as the Court

may allow pursuant to 11 U.S.C. §328.

9.   A copy of the Firm resume is attached to this Application as Exhibit "2".

10.  The employment of the Firm would be in the best interests of the Trustee and the estate.

**WHEREFORE**, Applicant prays that he be authorized to employ Atkinson, Andelson, Loya, Ruud & Romo, a professional corporation, as his attorneys with compensation to be at the expense of the estate in such amount as the Court may hereafter allow.

DATED: January 9, 2009

Respectfully submitted,

_____
JOHN PRINGLE, Chapter 7 Trustee

008830.00019/1114422v

-3-

# DECLARATION OF HELEN RYAN FRAZER

I, HELEN RYAN FRAZER, declare:

1. I am an individual above the age of eighteen (18) years of age, and I have personal knowledge of all of the facts stated herein. I could and would competently testify thereto is called as a witness, except for such information declared on information and belief, in which case, I am informed and believe that the facts so states are true and correct.

2. I am an attorney at law duly licensed to practice before this court and am a partner of the law firm of Atkinson, Andelson, Loya, Ruud & Romo, a Professional Corporation.

3. John P. Pringle, Chapter 7 Trustee, is seeking to retain the Firm by the foregoing application, Notice of which is attached hereto as Exhibit "3". I am authorized to make this Declaration on behalf of the Firm.

4. The members of the Firm and their associates are experienced in matters of bankruptcy, insolvency, corporate reorganization and debtor/creditor law and have appeared in numerous matters before this Court and are well qualified to represent Debtor.

5. Neither I, the Firm, nor its members or associates have any pre-petition claims against Applicant or the estate.

6. Applicant seeks to employ the Firm as its bankruptcy counsel as more specifically set forth in the foregoing Application.

7. The Firm has not in the past represented nor does the Firm in the future plan to represent any related debtors or principals of the Debtor.

8. No retainer has been received and the Firm will file an appropriate application for compensation.

9. A true and correct copy of the current hourly billing rates charged for law clerks, paralegal and attorneys of the Firm is attached hereto as Exhibit "1". A true and correct copy of the resume of the Firm is also attached hereto as Exhibit "2". Attached as Exhibit "3" is a copy of the Notice of the foregoing Application mailed to all creditors.

10. I am familiar with the Bankruptcy Code and the Bankruptcy Rules, the Local Bankruptcy Rules, and the United States Trustee Guidelines, and shall comply with them.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 12, 2009 at Cerritos, California.

_____
HELEN RYAN FRAZER

**EXHIBIT 1**

# EXHIBIT "1"

## HOURLY BILLING RATES

Attorneys

    Helen Ryan Frazer (HRF)        $465.00

    Susan A Rodriquez (SAR)       $325.00

Paralegal

    Mary E. Buenaventura (MEB)    $135.00

## SCHEDULE OF EXPENSES

| | |
|---|---|
| Photocopies | $ .20 per page |
| Long Distance Telephone | Actual cost |
| Postage | Actual cost |
| Westlaw Research | Actual cost |
| Parking | Actual cost |

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

008830.00019/1114422v

# EXHIBIT 2

# EXHIBIT "2"

## ATKINSON, ANDELSON, LOYA, RUUD & ROMO

The law firm of Atkinson, Andelson, Loya, Ruud & Romo offers a wide variety of legal services to both the public and private sectors. The firm is involved in all phases of employee and labor relations, general labor law and human resources (personnel) matters. In addition, Atkinson, Andelson, Loya, Ruud & Romo also provides full service litigation and business departments, handling real property, bankruptcy, contract and employment disputes, corporate, tax and estate planning.

The firm has offices in Cerritos, Riverside, Sacramento, San Diego, Irvine, Fresno and Pleasanton, California.

# STATEMENT OF QUALIFICATIONS

## HELEN RYAN FRAZER

Ms. Frazer is a partner with the firm of Atkinson, Andelson, Loya, Ruud & Romo, a Professional Corporation. Ms. Frazer is a specialist in the area of bankruptcy law. She graduated from the University of Southern California in 1976 with a Bachelor of Arts degree. She graduated from Southwestern University School of Law in 1979 with a Juris Doctor degree. Ms. Frazer is to practice law in the State of California and in the United States District Court for the Central and Southern Districts of California and before the Ninth Circuit Court of Appeals. In 1979, Ms. Frazer was a judicial extern with the Hon. Richard Mednick, United States Bankruptcy Judge, Central District of California. From 1984 through 1985, Ms. Frazer was the senior attorney in charge of the Bankruptcy Department for the Federal Deposit Insurance Corporation in Irvine. From 1985 through 1987, Ms. Frazer was counsel under the FSLIC Management Consignment Program to Butterfield Savings and Loan Association. Ms. Frazer is a member of the Los Angeles County Bar Association, the Orange County Bar Association Commercial Law and Bankruptcy Section, the Financial Lawyers Conference, and is a former director of both the Los Angeles County and Orange County Bankruptcy Forums. Ms. Frazer has been a speaker at various seminars including "1998 Revisions to the Bankruptcy Code Affecting Chapters 7, 11 and 13" presented by the Orange County Bankruptcy Forum in December 1998. She is the author of <u>Collection of Undercharged Freight Tariffs - A Windfall for Trustees or Highway Robbery?</u> 21 Cal.Bankr.J. 1 (1993) and <u>Fraudulent Transfer Litigation Under the Bankruptcy Code and State Law</u> 29 Cal Bankr J 2 (2007). Ms. Frazer has been certified as a specialist in the area of bankruptcy by the Board of Legal Specialization of the State Bar of California. Ms. Frazer presently serves on the panel of Standing Chapter 7 Trustees in the Central District of California.

# EXHIBIT 3

1  HELEN RYAN FRAZER        State Bar No. 92627
   ATKINSON, ANDELSON, LOYA, RUUD & ROMO
2  17871 Park Plaza Drive
   Cerritos, California 90703-8597
3  (562) 653-3200 - (714) 826-5480
   FAX (562) 653-3333
4
   Proposed Attorneys for John P. Pringle
5  Chapter 7 Trustee

6

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  LOS ANGELES DIVISION

11 In re                          CASE NO. 2:08-bk-25932 SB
                                  CHAPTER 7
12 MARCUS J. SAMPSON
                                  **NOTICE OF APPLICATION BY TRUSTEE
13                                TO EMPLOY COUNSEL**
            Debtor.
14                                [NO HEARING REQUIRED]

15 **TO ALL CREDITORS AND PARTIES IN INTEREST:**

16      PLEASE TAKE NOTICE that the duly appointed Chapter 7 Trustee ("Trustee"), John P.

17 Pringle filed an Application to Employ Counsel ("Application") for the above designated Estate.

18 The Trustee requests that the Court grant this Application to employ the law firm of Atkinson,

19 Andelson, Loya, Ruud & Romo ("the Firm"), a professional corporation, as bankruptcy counsel.

20 The Trustee seeks counsel to investigate and engage in litigation regarding the debtor's ownership

21 in certain real property as estate asset.

22      A copy of the Application may be obtained upon the making of a request to Helen R.

23 Frazer, Atkinson, Andelson, Loya, Ruud & Romo at the address and telephone number indicated

24 in the upper left-hand corner of the first page of this Notice.

25      If you do not oppose the application, you need take no further action.

26      Applicant has agreed to be employed with compensation to be paid to said counsel only

27 upon application to an approval by the bankruptcy court after notice and hearing. No retainer has

28 been paid to Applicant.



EXHIBIT 3

008830.00019/1118010v

1     The names and hourly rates of the professionals to be employed are as follows:

2 **Attorneys**

3     Helen Ryan Frazer (HRF)    $465.00

4     Susan A Rodriguez (SAR)    $325.00

5 **Paralegal**

6     Mary E. Buenaventura (MEB)    $135.00

7

8     If you object to the Application, you are required to file with the court, pursuant to Local

9 Bankruptcy Rule 9013-2(b), within 15 days from the date of service of this Notice, your written

10 objection and request for a hearing in the form required by Local Bankruptcy Rule 9013-1(1)(g).

11 You must file your objection and request with the Clerk of the United States Bankruptcy Court

12 located at 255 E. Temple Street, Room 940, Los Angeles, California 90012.

13     You must also serve a copy of your written objection to the Application and request for

14 hearing upon the Trustee, John P. Pringle at 6055 E. Washington Boulevard, Suite 500, Los

15 Angeles, California 90040; upon Helen Ryan Frazer at Atkinson, Andelson, Loya, Ruud & Romo,

16 17871 Park Plaza Drive, Cerritos, California 90703-2263; and upon the United States Trustee at

17 725 S. Figueroa Street, 26th Flr, Los Angeles, California 90017. Upon receipt of an objection and

18 a request for hearing, the Trustee will obtain a hearing date and give appropriate notice thereof.

19 Dated: January 13, 2009        ATKINSON, ANDELSON, LOYA, RUUD ROMO

20

                                 By: _____

21                                     HELEN RYAN FRAZER

                                    Proposed Attorneys for John P. Pringle

22                                     Chapter 7 Trustee

23

24

25

26

27

28

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17871 PARK PLAZA DRIVE, CERRITOS, CA 90703.

The foregoing document described as: **NOTICE OF APPLICATION BY TRUSTEE TO EMPLOY COUNSEL** will be served or was served in the manner indicated below:

<u>TO BE SERVED BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>
Pursuant to controlling General Order and Local Bankruptcy Rules("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 13, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

John Pringle, Chapter 7 Trustee                              jpringle@ecf.epiqsystems.com
Roquemore Pringle & Moore
6055 E. Washington Blvd., Suite 500
Los Angeles, CA 90040

<u>SERVED BY U.S. MAIL</u>:
On January 13, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

SEE ATTACHED MAILING LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 13, 2009

_____
MARY BUENAVENTURA

## MAILING LIST

Marcus Sampson
6201 S. Normandie Avenue
Los Angeles, CA 90044

Advanta Bank Corp.
PO Box 779
Horsham, PA 19044-0779

AT&T
Payment Center
Sacramento, CA 95887-0001

Aurora Loan Services
PO Box 1706
Scottsbluff, NE 69363-1706

Burnett Realty Inc.
Grover Burnett Sr.
3701 Stocker Street, Suite 201
Los Angeles, CA 90008-5144

Citibank NA 132
PO Box 26892
San Francisco, CA 94126-0892

Citibusiness Platinum Select
Citibusiness Card
PO Box 6415
The Lakes, NV 88901-6415

Citimortgage Inc.
PO Box 6006
The Lakes, NV 88901-6006

County of Los Angeles
Dept of Treasury & Tax Coll
PO Box 514818
Los Angeles, CA 90051-4818

Dept of Water and Power
City of Los Angeles
PO Box 51111
Los Angeles, CA 90051-5700

Hirsh Pipe & Supply
15025 Oxnard Street Suite 200
Van Nuys, CA 91411-2686

Home Depot Credit Services
Dept 32-2541738146
PO Box 6031
The Lakes, NV 88901-6031

Indymac Bank
PO Box 78826
Phoenix, AZ 85062-8826

LA Central Iron Works
Juan Gonzalez
7413 S. Central Avenue
Los Angeles, CA 90001-2424

Marcus Sampsonii
3533 W. 8th Street
Inglewood, CA 90305-1616

Office Depot Credit Plan
Dept 56-8404537169
PO Box 689020
Des Moines, IA 50368-9020

Paul E Lee
414 S. Marengo Ave
Pasadena, CA 91101-3113

Roundup Funding LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Smith Barney Platinum
Citicards
PO Box 6413
The Lakes, NV 88901-6413

Sprint
Sprint CUtomer Service
PO Box 8077
London, KY 40742-8077

Southern Ca Gas Co.
Mass Markets Credit & Coll
The Gas Company
PO Box 30337
Los Angeles, CA 90030-0337

The Gas Co.
Sempra Energy
PO Box C
Monterey Park, CA 91756-0001

US Bank
PO Box 790408
St. Louis, MO 63179-0408

Wachovia Mortgage
PO Box 6055
City of Industry, CA 91716-0505

West Fargo
Business Direct Real Estate
MAC U1851-014
PO Box 7666
Boise, ID 83707-1666

Wells Fargo Business Card
WF Business Direct
PO Box 348750
Sacramento, CA 95834-8750

Wells Fargo Mortgage
PO Box 30427
Los Angeles, CA 90030-0427

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

Wells Fargo
Office of Gen Counsel
Marc Andrews
21680 Gateway Center #280
Diamond Bar, CA 91765-2456

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17871 PARK PLAZA DRIVE, CERRITOS, CA 90703.

The foregoing document described as: **APPLICATION BY TRUSTEE TO EMPLOY COUNSEL; DECLARATION OF HELEN RYAN FRAZER** will be served or was served in the manner indicated below:

TO BE SERVED BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")
Pursuant to controlling General Order and Local Bankruptcy Rules("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 13, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

John Pringle, Chapter 7 Trustee            jpringle@ecf.epiqsystems.com
Roquemore Pringle & Moore
6055 E. Washington Blvd., Suite 500
Los Angeles, CA 90040

SERVED BY U.S. MAIL:
On January 13, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

Marcus Sampson, Pro Se
6201 S. Normandie Avenue
Los Angeles, CA 90044

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 13, 2009

MARY BUENAVENTURA