1  HELEN RYAN FRAZER        STATE BAR NO. 92627
   Member of ATKINSON, ANDELSON, LOYA, RUUD & ROMO
2  A Professional Corporation
   17871 Park Plaza Drive, Suite 200
3  Cerritos, California 90703-2263
   (562)653-3200- (714) 826-5480
4
   Attorneys for Chapter 7 Trustee
5  JOHN PRINGLE

6

7
                    UNITED STATES BANKRUPTCY COURT
8
            CENTRAL DISTRICT OF CALIFORNIA- LOS ANGELES DIVISION
9

10 In re                              )    CASE NO. 2:08-bk-25932 SB
                                      )    Chapter 7
                                      )
11 MARCUS J. SAMPSON II               )
                                      )
              Debtor.                 )    ADV NO. 2:08-ap-01973 SB
12                                    )
   _____    )
13 GROVER BURNETT, JR                 )
                                      )    **STIPULATION TO ALLOW
                                      )    TRUSTEE TO INTERVENE IN
12                                    )    ADVERSARY CASE**
   v.                                 )
                                      )    **Status Conference:**
13                                    )
   MARCUS J. SAMPSON II                    Date: January 27, 2009
                                           Time: 10:00 A.M.
                                           Dept: 1575
14

15

16      This Stipulation is made by and between the parties to the above-captioned case based on
   the following facts:
17
        WHEREAS, the complaint in this case seeks to establish ownership of and quiet title to
   certain parcels of real property listed as assets in Debtor's bankruptcy schedules.; and
18
        WHEREAS, the determinations made in this adversary case will also determine the scope
   of the real property, if any, in this estate that will be administered by the Chapter t Trustee, John

1 Pringle; and

2 WHEREAS, it is appropriate for the Chapter 7 Trustee to intervene in this adversary 3 proceeding to the extent that the case affects the determination of property of this bankruptcy 4 estate;

5 NOW THEREFORE, the parties hereto stipulate that the Trustee shall be entitled to 6 intervene in this adversary case as a party defendant as to Counts I, II and III only. The Trustee 7 shall have 10 days after entry of the order approving this stipulation to file an answer in the 8 adversary case.

9

10 DATED: February 5, 2009    ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____/s/_____

Helen Ryan Frazer
Counsel to Chapter 7 Trustee
John Pringle

11

12 _____/s/_____

Paul Lee
Counsel to Plaintiff, Grover Burnett, Jr.

13

14 _____

Marcus J. Sampson, II
Defendant in pro per

15

16

17

18

-2-

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17871 Park Plaza Drive, Cerritos, CA

A true and correct copy of the foregoing document described **Stipulation to Allow Trustee to Intevene in Adversary Case__** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 2/26/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

John Pringle, Chapter 7 Trustee:        jpringle@ecf.epiqsystems.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On __2/26/09__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Marcus Sampson, Pro Se
6201 S. Normandie Avenue
Los Angeles, CA  90044

Paul E Lee, Counsel to Plaintiff
414 South Marengo Avenue
Pasadena, CA 91101

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ personal delivery on the judge will be completed no later than 24 hours after the document is filed.
   ☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | 2/26/09 | Helen Ryan Frazer | Signature |
|---|---|---|---|

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
17871 PARK PLAZA DRIVE
CERRITOS, CALIFORNIA 90703-8597
TELEPHONE: (562) 653-3200 • (714) 826-5480
FACSIMILE: (562) 653-3333

008830.00019/1150584v1