1  **JESSE S. HERNANDEZ (Bar No. 92708)**
**D. DAMON WILLENS (Bar No. 137273)**
2  **MARK J. KRONE (Bar No. 219806)**
**ANDERSON, McPHARLIN & CONNERS LLP**
3  **Thirty-First Floor**
**444 South Flower Street**
4  **Los Angeles, California  90071-2901**
**TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594**
5

6  **Attorneys for Wells Fargo Bank, N.A.**

7

8

9                    **UNITED STATES BANKRUPTCY COURT**

10                    **CENTRAL DISTRICT OF CALIFORNIA**

11                    **LOS ANGELES DIVISION**

12  In re                                    Case No. 2:08-BK-25932-SB

13  MARCUS J. SAMPSON II,                    Adv No. 08-01973-SB
                                             Chapter 7
14            Debtor.

15  _____      **NOTICE OF CHANGE OF COURTROOM
                                             AND TIME RE WELLS FARGO BANK,**
16  GROVER BURNETT JR., Conservator of the   **N.A.'S MOTION FOR RELIEF FROM**
    Person and Co-conservator of the Estate of   **AUTOMATIC STAY**
    Grover Burnett Sr.,
17                                           **(11 U.S.C. § 362)**
            Plaintiff,
18                                           **Date:**          **January 26, 2010**
                                             **NEW Time:**      **9:30 A.M.**
19       vs.                                 **NEW Place:**     **1575**

    MARCUS J. SAMPSON II,
20
            Defendant.
21  _____

22       **TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE ATTORNEYS OF**

23  **RECORD:**

24

25       **PLEASE TAKE NOTICE** pursuant to this Court's notice of January 6, 2010, the hearing

26  time and location of Movant WELLS FARGO BANK, N.A.'s Motion for Relief from the

27  Automatic Stay Under 11 U.S.C. § 362 (Action in Non-Bankruptcy Forum) (Docket No. 52) in the

28  instant bankruptcy action has been changed.  The new hearing time and courtroom is **9:30 a.m. in**

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA  90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

770042.1 5287.099

1  **Courtroom 1575 before the Honorable Samuel L. Bufford**.  The hearing date of said motion

2  remains the same and is set for **January 26, 2010**.

3  DATED: January 8, 2010          ANDERSON, McPHARLIN & CONNERS LLP

4

By:

5
                  Jesse S. Hernandez
6
                  D. Damon Willens
                  Mark J. Krone
7           Attorneys for Wells Fargo Bank, N.A

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

770042.1 5287.099        2

| In re:                                    | CHAPTER: 7                       |
|-------------------------------------------|----------------------------------|
| Conservatorship of Grover Burnett, Sr.    |                                  |
|                            Debtor(s).     | CASE NUMBER: LASC BP096574       |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Thirty-First Floor, Los Angeles, California 90071-2901

A true and correct copy of the foregoing document described as  NOTICE OF CHANGE OF COURTROOM AND TIME RE MOTION FOR RELIEF FROM AUTOMATIC STAY (11 U.S.C. § 362)  will  be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  January 8, 2010  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

SEE ATTACHED SERVICE LIST

⊠ Service Information continued on attached page.

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  January 8, 2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Samuel L. Bufford
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1575
255 E. Temple Street
Los Angeles, CA 90012-3332

⊠ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 8, 2010 | Jennifer Higa | Jennifer Higa /s/ |
|-----------------|---------------|-------------------|
| *Date*          | *Type Name*   | *Signature*       |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                    **F 9013-3.1**

| In re: | CHAPTER: 7 |
|---|---|
| Conservatorship of Grover Burnett, Sr. | |
| Debtor(s). | CASE NUMBER: LASC BP096574 |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**ECF SERVICE:**

| | | |
|---|---|---|
| **Marc Andrews** | **sandra.g.mcmasters@wellsfargo.com** | On behlaf of Creditor Wells Fargo Bank, National Association |
| **J. Sheldon Capeloto** | **jcapeloto@capelotolaw.com** | on behalf of Creditor Wells Fargo Bank, National Association |
| **James A. Dumas, Jr.** | **Jamesdumas@aol.com** | on behalf of Debtor Marcus Sampson |
| **Helen R Frazer** | hfrazer@aalrr.com | on behalf of Trustee John Pringle |
| **John P. Pringle** | **jpringle@ecf.epiqsystems.com** | Trustee |
| **Paul L. Lee** | **pel@pellawoffice.com** | on behalf of Plaintiff Grover Burnett |
| **Brian A. Paino** | **ecfcacb@piteduncan.com** | on behalf of Interested Party Courtesy NEF |
| **Yaron Shaham** | **Yshaham@wolfewyman.com** | on behalf of Defendant CitiMortgage, Inc. |
| **United States Trustee (LA)** | ustpregion16.la.ecf@usdoj.gov | |

**U.S. MAIL SERVICE:**

**Guy A. Leemhuis, Esq.**                                                         on behalf of Plaintiff
**5601 West Slauson Ave., Suite 244**
**Culver City, CA  90230**
**Telephone: (310) 215-8720**
**Facsimile: (310) 215-8728**

**Jack Walter Kortz, Esa.**
**16218 Whittier Blvd.**
**Whittier, CA 90603**

**Clinton T. Irving, Esq.**
**Law Offices of Clinton Irving**
**5601 W. Slauson Ave., Suite 244**
**Culver City, CA  90230**

**Christopher E. Deal, Esq.**
**Gregory C. Hill, Esq.**
**17911 Von Karman Ave.**
**Irvine, CA  92614**

**Michael J. Fox, Esq.**
**Pite Duncan, LLP**
**1820 E. 1st Street, Suite 420**
**Santa Ana, CA  92705**

**Kelly A. Beall, Esq.**
**Wolfe & Wyman LLP**
**5 Park Plaza, #1100**
**Irvine, CA 92614**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              **F 9013-3.1**

| In re: | CHAPTER: 7 |
|---|---|
| Conservatorship of Grover Burnett, Sr. | |
| Debtor(s). | CASE NUMBER: LASC BP096574 |

**Stephen E. Webber, Esq.**
**PO Box 3497**
**Glendale, CA  91211**

**Irving P. Reifman**
**11601 Wilshire Boulevard, #1830**
**Los Angeles, CA  90025**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                           **F 9013-3.1**