| | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | **FILED & ENTERED**<br><br>**JUN 07 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY egarcia    DEPUTY CLERK** |
| In re:<br>Marcus J. Sampson, II<br>aka Superior Improvement Systems,<br><br>John P. Pringle,<br>                          Debtor(s).<br>                          Trustee. | CHAPTER:    7<br><br>CASE NO.:    2:08-bk-25932-SB<br>DATE:    January 26, 2010<br>TIME:    9:30 AM<br>CTRM:    1575<br>FLOOR:    15th |

## ORDER DENYING MOTION FOR RELIEF FROM STAY
## UNDER 11 U.S.C. § 362
## (MOVANT:  Wells Fargo Bank)

1. The Motion was:    ☐ Contested    ☒ Uncontested    ☐ Settled by Stipulation

2. The lawsuit or administrative proceeding (the "Non-bankruptcy Action") in a non-bankruptcy forum to which this Order applies is as follows:
    *Case name:*    Conservatorship of Grover Burnett, Sr., Grover Burnett, Jr., Conservator, etc.
                        v. Marcus J. Sampson, et al.
    *Docket number.:*    BP096574
    *Court or agency where pending:*    Los Angeles County Superior Court, Central District

3. The Motion is denied    ☒ without prejudice    ☐ with prejudice    ☐ on the following grounds:

    ☒ Based upon the findings and conclusions made on the record at the hearing
    ☐ Unexcused non-appearance by Movant
    ☐ Lack of proper service
    ☐ Lack of good cause shown for relief from stay
    ☐ The automatic stay is no longer in effect under:    ☐ 11 U.S.C. § 362(c)(2)(A)    ☐ 11 U.S.C. § 362(c)(2)(B)
                                                                    ☐ 11 U.S.C. § 362(c)(3)(A)    ☐ 11 U.S.C. § 362(c)(4)(A)

    ☐ Other *(specify):*

4. Movant may not file another motion for relief from stay in this case absent a court order authorizing re-filing.

Dated:    06/07/2010

 

_____
UNITED STATES BANKRUPTCY JUDGE

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*    **F 4001-10.DENY**

| In Re | (SHORT TITLE) | | CHAPTER: 7 |
|---|---|---|---|
| Marcus J Sampson, II<br>aka Superior Improvement Systems, | | Debtor(s) | CASE NO: 2:08-bk-25932-SB |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 2, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

| | |
|---|---|
| James A. Dumas, Esq. | jdumas@dumas-law.com |
| Paul E. Lee, Esq. | pel@pellawoffice.com |
| Derrick Talerico, Esq. | dtalerico@loeb.com |
| Yaron Shaham, Esq. | yshaham@wolfewyman.com |
| John P. Pringle, Trustee | johnpringle@earthlink.net, jpringle@ecf.epiqsystems.com |
| Helen R. Frazer, Esq. | hfrazer@aalrr.com |
| United States Trustee | ustpregion16.la.ecf@usdoj.gov |

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Marcus J. Sampson, II
   aka Superior Improvement Systems
6201 South Normandie Avenue
Los Angeles, California 90044

D. Damon Willens, Esq.
Mark J. Krone, Esq.
Anderson, McPharlin & Conners LLP
444 South Flower Street, 31st Floor
Los Angeles, California 90071

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised January 2009*                                                            **F 4001-10.UD**