James A. Dumas (SBN 76284)
Christian T. Kim (SBN 231017)
DUMAS AND ASSOCIATES
3435 Wilshire Boulevard
Suite 990
Los Angeles, California 90010

Phone: 213-368-5000
Fax:   213-368-5009

Attorneys for Debtor,
Marcus J. Sampson, II

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

    MARCUS J. SAMPSON, II,

                              Debtor.

Case No.: 2:08-BK-25932-SB

[Chapter 7]

**STIPULATION TO CONTINUE DEADLINE FOR DEBTOR TO FILE OPPOSITION TO JOHNNY LEE BURNETT & GROVER BURNETT, JR.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ACTION IN NON-BANKRUPTCY FORUM)**

Date: August 10, 2010
Time: 9:30 a.m.
Place: Courtroom 1575

/ / /

/ / /

/ / /

/ / /

This STIPULATION TO CONTINUE DEADLINE FOR DEBTOR TO FILE OPPOSITION TO JOHNNY LEE BURNETT & GROVER BURNETT, JR.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (ACTION IN NON-BANKRUPTCY FORUM), is made by and between Movants Johnny Lee Burnett and Grover Burnett, Jr., (collectively the "Movants") on the one hand, and the Debtor Marcus J. Sampson, II, ("Debtor") on the other hand, through their undersigned counsel of record, with respect to the following:

1. On July 20, 2010, Movants filed a Notice of Motion and Motion for Relief from the Automatic Stay under 11 U.S.C. § 362 (Action in Non-bankruptcy Forum) ("Motion") along with a Supplemental Memorandum of Points and Authorities in support of the Motion, and a Request for Judicial Notice.

2. On July 21, 2010, counsel for the Debtor, James A. Dumas, began a pre-planned vacation to Boston, MA, and will not return to Los Angeles until July 28, 2010.

3. At the request of counsel for the Debtor, the Movants and Debtor have agreed to extend the Debtor's deadline to file an opposition to the Movants' Motion from July 26, 2010, until July 30, 2010. The agreement between the Movants and Debtor is made without prejudice to a further continuance of the Debtor's deadline to file an opposition to the Motion—in the event that the hearing on the Motion, which is currently scheduled for August 10, 2010, is continued to a future date and time.

Date: July 30, 2010

DUMAS & ASSOCIATES

By: _____
Christian T. Kim, Attorneys for Debtor
Marcus J. Sampson, II

Date: July 26, 2010

CLARKSON, GORE & MARSELLA, APLC

By: _____
Scott C. Clarkson, Attorneys for Lee Burnett and Grover Burnett, Jr., as Co-Conservators of the Conservatorship of Grover Burnett, Sr.

Case 2:08-bk-25932-SB   Doc 69   Filed 08/02/10   Entered 08/02/10 11:38:32   Desc
Main Document   Page 3 of 4

In re: Marcus J. Sampson II
Debtor(s).

CHAPTER: 7

CASE NUMBER: 2:08-bk-25932-SB

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3435 WILSHIRE BLVD., STE. 990, LOS ANGELES, CA 90010

A true and correct copy of the foregoing document described as Stipulation to Continue Deadline for Debtor to File Opposition to Johnny Lee Burnett & Grover Burnett, Jr.'s Motion for Relief from the Automatic Stay (Action in Non-Bankruptcy Forum) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 2, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Marc Andrews -sandra.g.mcmasters@wellsfargo.com
J Sheldon Capeloto  jcapeloto@capelotolaw.com
Scott C Clarkson- sclarkson@lawcgm.com

☒ **X**-Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **August 2, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Marcus J Sampson
6201 S Normandie Ave
Los Angeles, CA 90044

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 2, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

US Bankruptcy Court
Honorable Samuel Bufford
255 E. Temple St., Crt. RM 1575
Los Angeles, CA 90010

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date August 2, 2010 | Type Name Danielle M. Landeros | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**

| In re: Marcus J. Sampson II | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:08-bk-25932-SB |

ADDITIONAL SERVICE INFORMATION (if needed):

James A Dumas- jdumas@dumas-law.com
Christine M Fitzgerald- cfitzgerald@lawcgm.com
Helen R Frazer   hfrazer@aalrr.com
Mark J Krone   mk@amclaw.com, crs@amclaw.com;amc@amclaw.com
Paul E Lee   pel@pellawoffice.com
Brian A Paino   ecfcacb@piteduncan.com
John P Pringle   jpringle@ecf.epiqsystems.com, johnppringle@earthlink.net
Yaron Shaham   ys@severson.com
Derrick Talerico   dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1